CASSIUS A. LOCKHART, Respondent, v. WILLIAM HAMLIN, Appellant.

*Lockhart* v. *Hamlin*, 143 App. Div. 918, affirmed.
(Argued February 12, 1913; decided March 4, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 7, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action on contract.

*Louis L. Babcock* for appellant.

*Vernon Cole* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.

---

LAKE VIEW BREWING COMPANY, Appellant, v. THE COMMERCE INSURANCE COMPANY OF ALBANY, Respondent.

*Lake View Brewing Co.* v. *Commerce Ins. Co.*, 143 App. Div. 665, affirmed.
(Argued February 13, 1913; decided March 4, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 8, 1911, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term in an action to reform a policy of fire insurance.

*Francis E. Bagot* for appellant.

*Vernon Cole* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Not voting: MILLER, J.